UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY M. LAWRENCE, JR.

VERSUS

CONTROLLING OFFICER ON DUTY
AT TIME OF INCIDENT

CIVIL ACTION

NO. 13-20-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Reports and Recommendations of United States Magistrate Judge Stephen C. Riedlinger dated October 22, 2013 (doc. no. 34) and October 29, 2013 (doc. no. 38). The plaintiff has filed multiple objections which essentially make the same arguments and have been duly considered by the court.

The court hereby approves the reports and recommendations of the Magistrate Judge and adopts them as the court's opinion herein. Accordingly, the defendant's Motions (doc. nos. 21, 30 and 35) are GRANTED and this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and without leave to amend because there is no conceivable, non-frivolous federal claim plaintiff could assert against the defendant consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this ___ day of November, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA